

In The United States District Court
For The Middle District of Pennsylvania

FILED
HARRISBURG, PA
MAY 29 2024
PER _____
DEPUTY CLERK

RAFIYQ DAVIS

V.

Joseph A. Barrett (Mediator)
Attorney Danielle Morrison
Attorney Nicole Leach

Civil Action No.

1:24-CV-881-CCC

individual and official Capacity

Parties In The Complaint:

1. Plaintiff: RAFIYQ DAVIS
   4208 Parkside Ave
   Phila, PA 19104

2. Defendant: Mediator Joseph A. Barrett
   601 Market Street, 2609 U.S. Courthouse
   Phila, PA 19106

3. Defendant: Attorney Danielle Morrison
   Schnader Harrison Segal & Lewis LLP
   1600 Market Street, Suite #3600
   Phila, PA 19103-7286

4. Defendant: Attorney Nicole Leach
   Schnader Harrison Segal & Lewis LLP
   1600 Market Street, Suite 3600
   Phila, PA 19103-7286

## COMPLAINT

1. Attornies Nicole Leach and Attornies Danielle Morrison were Assigned by the Court/Judge to represent Me in the Matter of 14-1423.

2. At the settlement/Mediation-Conference these Attornies did not represent Me at all nor neigotiate Any settlement and made disrespectfully comments and acted as if (laughed and Joked),

3. These Attornies did not do what the Courts/Judge assigned them to do and that was represent Me which I was duressed/under Duress thinking they could represent Me which caused Me to receive a settlement I did not want to receive which they were deliberetlly indifferent, under the color of Law, and:

4. These Attornies (Leach And Morrison) were criminals and were convicted of the following and had the following Matters open at the time and date of the mediation conference:

Nicole Leach AKA- Nicole Pratt, Nicole Rice, + Jeremiah J. Harpster
1. Charged twice with Bad checks on 06/27/2017 and 09/12/2019 - 18§4105§§A1
2. Numerous traffic violations
3. Follow Too Closely - 75§3310§§A - 06/17/2015
4. And A Few other charges

Danielle Morrison
1. Retail theft And Conspiracy on 05/29/2014
2. Disobedence Neglect of Officers on 12/4/14 and 05/04/16
3. Prom Pros - Inmate In House of Prost/Business on 01/29/2011
4. Unauth Use Motor/other vehicles - 18§3928§§A on 06/17/2013

5. The Courts also assigned Mediator Joseph A. Barrett to mediate this matter/settlement conference.

6. Mediator Joseph A. Barrett was a convicted murderer who also committed another murder while imprisoned, of his cellmate.

7. This described in #6 was another duressed situation.

8. There was a Breach of Contract/Agreement regarding the Attorneys Ms. Leach and Ms. Morrison when they failed to represent me and Breached their Contract with the courts as well when they assigned them to represent me and they did not.

9. There was another Breach of Contract/Breach of Confidentiality And Privacy when the civil matter was published on the internet on search sites like Google, Bing, Yahoo, and other search sites when this matter was suppose to be confidential and private.

10. The issues raised in #3 and #6 caused me to be in a forced situation.

11. During the conference there was some illegal communicate. The Defendants nor their Attorneys were present at the conference but the court assigned Attorneys (Leach and Morrison) proceeded as if they were present as well as mediator Joseph A. Barrett.

12. The Mediation Conference was scheduled in courtroom 4B of the/At the Eastern District Courts of Pennsylvania when this matter was regarding the/held in the Middle District of Pennsylvania. I attended the Mediation but was not in the Mediation Room of 4B which is directly on the floor four(4), as soon as you get off elevator. I was still on the first floor and did not go past the building security.

13. Mediator kept walking out of the Room/Room where Mediation was held to an undisclosed Room pretending to ~~negot~~ Negotiate between me and the Defendants Attorney and Acted As if the Defendants Attorney was Present.

14. The Attornies Leach and Morrison just sat there and watched the incident stated in #13 occur without mentioning anything which they are my/were my Attornies During this mediation and did not bother to mention to me about the illegal activity mentioned in #13 with Mediator Joseph A. Barrett.

15. On 04/23/24, the courts/Attorney General (Deputy) Filed A substitution of Appearance letter with the Courts to substitute the appearance of Karen M. Romano and Kelli M. Neary in the case of 14-cv-01423. On 04/25/24, the Courts ordered my motion to Reopen Case Denied two days after the appearance substitution of Deputy Attorney Generals by United States District Judge Sylvia H. Rambo which is unusual especially after there was a substitution of Appearance made by the Attorney General office.

RELIEF

1. Monetary

2. Collateral Relief

3. Other Relief

4. Relief Stated in 14-1423

05/17/2024

Respectfully,

RAFIYQ DAVIS
4208 Parkside Ave.
Phila, PA 19104

May 17, 2024

Rafiyq Davis
4208 Parkside Ave
Phila, PA 19104

Office of The Clerk
To: United States District Court
Middle District of Pennsylvania
1501 North 6th Street, Suite 101
Harrisburg, PA 17102

RE: Filings of Civil Matter,

Dear Clerk of Courts,

Hi, My name is RAFIYQ DAVIS and I am contacting you regarding filing the Enclosed civil Complaint.

Please File the enclosed civil complaint as well as please send me Informa Pauperis papers that I need to complete.

Thank you,

05/17/2024

Rafiyq Davis
4208 Parkside Ave
Phila, PA 19104

Rafiyq Davis
4206 Parkside Ave
Phila, PA 19104

PHILADELPHIA PA 190
23 MAY 2024 PM 7 L

Office of The Clerk
United States District Court
Middle District of Pennsylvania
1501 North 6th Street, Suite 101
Harrisburg, PA 17102

17102-110401

RECEIVED
HARRISBURG, PA
MAY 29 2024
PER _____ DEPUTY CLERK